BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MARISSA HARRIS (DCBN 997421)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    marissa.harris@usdoj.gov

Attorneys for United States of America

FILED
SEP 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00487 BLF |
| Plaintiff, | JOINT STIPULATION FOR EXCLUSION OF TIME FROM SEPTEMBER 21, 2017 UNTIL DECEMBER 5, 2017, FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(H)(7)(A) AND (H)(7)(B)(IV)] |
| v. | |
| ROCCI GARRETT, a/k/a "Mitchell Casterline," | |
| Defendant. | **UNDER SEAL** |

## JOINT STIPULATION

On September 21, 2017, the parties appeared before the Honorable Howard R. Lloyd for the defendant's initial appearance and arraignment on the Indictment. Defense counsel requested a continuance to review discovery in the case. The parties agreed to continue the case until December 5, 2017, at 9:00 a.m., for a status conference before the district court.

Accordingly, the parties hereby stipulate that the time between September 21, 2017 and December 5, 2017, at 9:00 a.m., should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the

JOINT STIPULATION AND PROPOSED ORDER TO EXCLUDE TIME
CR 17-00487 BLF
1

parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: September 25, 2017

BRIAN J. STRETCH
United States Attorney

MARISSA HARRIS
Assistant United States Attorney

DATED: September 25, 2017

Graham Archer / with permission
GRAHAM ARCHER
Assistant Federal Public Defender

ORDER

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time between September 21, 2017 and December 5, 2017, at 9:00 a.m., is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: 9/26/17

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE