STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Graham_Archer@fd.org

Counsel for Defendant GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 17-00487 BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| v. | |
| ROCCI GARRETT, | |
| Defendant. | |

## **STIPULATION**

The parties acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for Tuesday, November 6, 2018, shall be continued to Tuesday, December 4, 2018 at 9:00 a.m.

The reason for the requested continuance is to permit United States Pretrial Services to complete the CAP evaluation of Mr. Garrett.

IT IS SO STIPULATED.

Dated: November 2, 2018

               /s/
GRAHAM ARCHER
Assistant Federal Public Defender

Dated: November 2, 2018

               /s/
MARISSA HARRIS
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Tuesday, November 6, 2018, shall be continued to Tuesday, December 4, 2018 at 9:00 a.m.

Dated: Þ[ ç^{ à^¦ÆÃŒFÌ

*/s/ Beth Labson Freeman*
United States District Judge
HONORABLE BETH L. FREEMAN

STIPULATION AND [PROPOSED] ORDER;
CR 17-00487 BLF

2